UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
: 
MADRYN ASSET MANAGEMENT, LP, :
:
                  Petitioner, :
:    23 Civ. 3704 (JPC)
      -v- :
:    <u>ORDER</u>
TRAILMARK INC., :
:
                  Respondent. :
:
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    Madryn Asset Management, LP's Petition seeks to vacate a final arbitration award delivered on February 6, 2023.  Dkt. 1 ("Petition") at 1.  Accordingly, Petitioner has until May 8, 2023 to serve Respondent with the Petition and its accompanying motion papers.  *See* 9 U.S.C. § 12.  Petitioner shall file proof of such service on the docket no later than May 12, 2023.

    Petitioner's request to provisionally file certain exhibits under seal, Dkt. 6, is granted.  The parties shall meet and confer and submit proposed redactions to the exhibits for the Court's review by June 18, 2023.  Also by that date, the parties shall submit a status letter with proposed dates for Respondent's opposition to the Petition to Vacate, and Petitioner's reply.

    The Clerk of Court is respectfully directed to close Docket Number 6.

    SO ORDERED.

Dated: May 4, 2023
       New York, New York

                                                    JOHN P. CRONAN
                                                    United States District Judge